FIRST DEPARTMENT, MARCH, 1964

(March 3, 1964)

■ . In the Matter of DISCOUNT RENT-A-CAR, INC.— Motion to vacate the ex parte order entered on January 27, 1964 granted without prejudice to any further proceedings which Alexander's Department Stores, Inc., may be advised to institute. (*Matter of Three Hundred Fifty West Forty-Sixth St.* [*Marbo*], 20 A D 2d 685.) Concur — Botein, P. J., Valente, Eager and Steuer, JJ.